**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:26-CR-00009 (WLS-ALS) |
| | : | |
| SCOTT DANIEL DAVIS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## <u>ORDER</u>

Before the Court is Government's Motion to Continue Trial (Doc. 22) ("Motion"). The Government requests the Court continue the trial in this matter to no earlier than August 2026. Defendant is hereby **ORDERED** to file a response to the Motion stating any objections, no later than **Wednesday, May 6, 2026**.


     **SO ORDERED**, this 5th day of May 2026.


**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1