**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

UNITED STATES OF AMERICA,          :
                                   :
v.                                 :          CASE NO.: 7:26-CR-00009 (WLS-ALS)
                                   :
SCOTT DANIEL DAVIS,                :
                                   :
    Defendant.                     :
                                   :

### Order Granting Motion to Continue

The Government moves to continue this trial in the interests of justice. (Doc. 23). The Government states a continuance is necessary because an essential witness will be unavailable during the scheduled trial term. (Doc. 23 ¶ 4). The Court ordered Defendant to respond (Doc. 24) and he responded indicating no objection to the Government's motion. (Doc. 25).

Based on the Government's stated reason and given that Davis does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Davis in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 23) is **GRANTED**. The trial in the case is **CONTINUED** to the Valdosta Division August 2026 trial term and its conclusion, or as may be otherwise ordered by the Court. Further, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** in accordance with 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

        **SO ORDERED**, this 6th day of May 2026.

                              /s/ W. Louis Sands
                              **W. LOUIS SANDS, SR. JUDGE**
                              **UNITED STATES DISTRICT COURT**

1