**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

UNITED STATES OF AMERICA,           :
                                    :
v.                                  :
                                    :    CASE NO.: 7:26-CR-9 (WLS-ALS)
SCOTT DANIEL DAVIS,                 :
                                    :
    Defendant.                      :
    _____      :

## ORDER

Before the Court is Defendant's Response to Court Order (Doc. 28), filed on May 22, 2026, and pursuant to the Court's previous Order (Doc. 27) directing counsel to confer and inform the Court whether the case is ready to proceed to trial during the Court's Valdosta Division August 2026 term.[1] In the Response, Defense Counsel informs the Court that this case is not ready for trial. (Doc. 28).

The Response does not indicate whether Defendant is requesting a continuance to the Court's next regularly scheduled trial term or sooner, or other facts from which the Court could find that a continuance is necessary in the interests of justice. As such, the Court **INSTRUCTS** Defendant to file the appropriate motion for a continuance for the Court's consideration, if he wishes to do so, **by no later than Friday, June 5, 2026**. In the absence of a properly filed motion, the Court intends to notice this case for a pretrial conference.

**SO ORDERED**, this 1st day of June 2026.

        **/s/ W. Louis Sands**
        **W. LOUIS SANDS, SR. JUDGE**
        **UNITED STATES DISTRICT COURT**

---

[1] The Court previously continued the trial in this matter to the August term on May 6, 2026. (Doc. 26).